UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NADINE BLACK                                                                                          PLAINTIFF

V.                                                                  CIVIL ACTION NO. 1:06cv1104-LTS-RHW

CHARLES HIGLEY AND NATIONWIDE                                                           DEFENDANTS
MUTUAL INSURANCE COMPANY

### ORDER

Plaintiff filed [16], [17], and [18] motions to strike as untimely the Defendants' [12] and [14] responses to the Plaintiff's [6] and [7] motions to strike affirmative defenses.  Plaintiff now moves [20] to withdraw [16], [17], and [18].

Accordingly, **IT IS ORDERED**:

Plaintiff's [20] Motion to Withdraw [16], [17], and [18] motions to strike as untimely the Defendants' [12] and [14] responses to the Plaintiff's [6] and [7] motions to strike affirmative defenses is **GRANTED**, thereby terminating motions [16], [17], and [18].

**SO ORDERED** this the 20th day of December, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge